UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KEVIN JACKSON,

                      Petitioner,

  -against-

DANIEL A. SENKOWSKI,

                      Respondent.
-----------------------------------------------------------------X

JUDGMENT
03-CV- 1965 (JG)

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on August 7, 2007, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability shall issue; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that no Certificate of Appealability shall issue.

Dated: Brooklyn, New York
       August 08, 2007

ROBERT C. HEINEMANN
Clerk of Court

By Terry Vaughn
Chief Deputy